IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| THE COLLECTION, LLC, | ) | |
| | ) | Case No. 4:09CV00007 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VALLEY BANK, et al., | ) | |
| | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |
| | ) | |

Before me is Defendant Valley Bank's Motion to Dismiss or, in the alternative, Motion for More Definite Statement. For the reasons given in the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that Defendant Valley Bank's Motion to Dismiss is **DENIED** and Defendant Valley Bank's Motion for More Definite Statement is **DENIED**.

The Clerk is directed to send a copy of this Order to all counsel of record.

ENTERED this 31st day of July, 2009.

                                                  s/Jackson L. Kiser
                                                  Senior United States District Judge