CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED

DEC 17 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | | |
|---|---|---|
| THE COLLECTION, LLC, | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 4:09cv0007 |
| VALLEY BANK, | ) | |
| and | ) | |
| SCOTT NEWCOMB MOTORS, LLC, d/b/a SCOTT NEWCOMB CHRYSLER JEEP, | ) | |
| Defendants. | ) | |

## ORDER

CAME NOW the Plaintiff, by counsel, and hereby moved this Court for default judgment in the amount of $340,800.00 in the above-styled case. Defendant Scott Newcomb Motors was served on June 10, 2009 and never filed a responsive pleading or made an appearance in this case.

It is hereby ORDERED and ADJUDGED that Plaintiff is entitled to judgment against Scott Newcomb Motors in the amount of $340,800.00. Plaintiff is entitled to its costs and judgment interest from the date of this Oder.

This matter is now concluded and dismissed with prejudice from the docket of this Court.

ENTERED this 17th day of December, 2009

/s/ Jackson L. Kiser
Judge